UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARIDAD ST. GERMAIN

                          Plaintiff(s)

    - against -

OTTO FERMIN

                          Defendant(s).
------------------------------------X

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Index No.: CV-07-3766

Judge: Batts

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2008

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued with prejudice, without costs to either party, as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    NEW YORK, NEW YORK
              January 3, 2008

_____
LOSCALZO & LOSCALZO, P.C.
Attorney for Plaintiffs
BY:   Michael Kafer
14 East 4th Street
New York, New York 10012

_____
NANCY L. ISSERLIS, ESQ.
Attorneys for Defendant(s)
BY:

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  3/12/2008
UNITED STATES DISTRICT JUDGE